FRED B. RICE, Appellant, *v.* THE CITY OF YONKERS, Respondent.

*Rice* v. *City of Yonkers*, 160 App. Div. 910, affirmed.
(Argued March 16, 1916; decided April 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 20, 1914, affirming a judgment in favor of defendant entered upon the report of a referee in an action brought by plaintiff to cancel an assessment made by the city of Yonkers upon land owned by the plaintiff, and to enjoin the defendant from taking steps to enforce the collection of the same, which assessment arose out of an improvement in the highway known as Odell avenue. There are three principal questions involved in this appeal: *First.* Had the grade of Odell avenue ever been established prior to the proceedings in question? *Second.* Did the work done in raising the grade constitute a change of grade? *Third.* What effect, if any, has chapter 623 of the Laws of 1906 upon the present action?

*Arthur L. Livermore* and *David V. Cahill* for appellant.

*Thomas F. Curran* for respondent.

Judgment affirmed, with costs, on authority of *Farrington* v. *City of Mount Vernon* (166 N. Y. 233); no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.